# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:

**BRITTNEY MICHELLE TURNER**

**DEBTOR(S)**                                                                 CASE NO. 18-61466

## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. According to documents provided, the gross monthly income of $3,561 appears to be understated on Schedule I by approximately $1,252 per month. Schedule I should be amended to accurately reflect the debtor's income or to provide an explanation of the difference. If Schedule I is amended to report the increased income, the plan should be amended to immediately increase plan payments consistent with any increase in projected disposable income.

2. The trustee requests the following additional documents or information:

    (a) An updated certificate of title to the 2013 Chevy Equinox;

    (b) A copy of auto insurance bills; and

    (c) Copies of the cellphone, internet, cable and satellite bills.

3. The Debtor is employed by AT&T. The Trustee objects to the $708 expense for cellphone, internet, cable and satellite. This is only for the Debtor and her two children. The Trustee objects to this expenses as unreasonably high and adversely affects the 11 U.S.C. § 1325(b)(1)(B) disposable income test.

Respectfully submitted by:      Beverly M. Burden, Chapter 13 Trustee

By: /s/ Michael E. Litzinger

        Michael E. Litzinger,
        Attorney for Trustee
        KY Bar ID:  82898
        P.O. Box 2204
        Lexington, KY 40588-2204
        (859) 233-1527
        notices@ch13edky.com

## CERTIFICATE OF SERVICE

I hereby certify that on the January 22, 2019, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via electronic service via EM/ECF upon the following:

JESSE D. PEACE              All other parties requesting electronic notice

By:    /s/Michael E. Litzinger
        Michael E. Litzinger,
        Attorney for Trustee